**Entered on Docket
December 22, 2009**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

_____

Marianne Eardley
P.O. Box 460
Elko, NV  89803
Telephone: (775) 738-2043
meardley@frontiernet.net
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>KROM, JONATHAN BAKKER<br>KROM, AVERILEE JO ANN<br><br>Debtor(s). | CHAPTER 7<br>CASE NO. 08-51310 GWZ<br><br>**ORDER FOR PAYMENT OF TRUSTEE'S FINAL FEES AND EXPENSES** |

The Trustee herein filed the Trustee's Final Report and Applications for Compensation, and notice thereof having been given:

IT IS HEREBY ORDERED:

1. The Trustee is authorized to pay to herself the total sum of $1,278.31 as the reasonable compensation for the services rendered to the estate by the Trustee, and the further total sum of $114.76 as reimbursement for expenses incurred by the Trustee in the administration of this bankruptcy estate.

The Court having found that the Trustee already has received the sum of $0.00 as compensation herein and the sum of $0.00 as reimbursement for expenses, the Trustee therefore is authorized to pay to herself the additional sum of $1,278.31 as compensation and the additional sum of $114.76 as reimbursement for expenses at this time.

2.  The Trustee is hereby authorized and directed to pay to the Clerk of the Court the amount of $0.00 as and for the clerk's noticing and other administrative fees.

3.  The Trustee's proposed distribution to creditors is hereby approved.

APPROVED/DISAPPROVED

_____
Office of the United States Trustee

### #